

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 17  AM 10: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAYMOND LAUGAND #329266     CIVIL ACTION

VERSUS     NO. 06-5269

N BURL CAIN     SECTION "K" (3)

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s):
Petitioner has not made a "substantial showing of the denial of a constitutional right." Petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. See Order filed November 6, 2007, adopting Magistrate Judge's Report & Recommendation filed August 16, 2007.

Date: December 14, 2007

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No._____