

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 07-31100
USDC No. 2:06-CV-5369

RAYMOND LAUGAND

                                    Petitioner-Appellant

v.

N. BURL CAIN

                                    Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

      Raymond Laugand, Louisiana prisoner # 329266, seeks a certificate of appealability (COA) to appeal the district court's dismissal of his 28 U.S.C. § 2254 application. In his application, Laugand challenged his conviction for second-degree murder. Laugand asserts that trial counsel was ineffective, the trial judge erred when he denied the admission of certain evidence, the prosecution presented perjured testimony, and the trial judge erred when he failed to declare a mistrial.

      Laugand must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional

claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327.

Laugand has not made the requisite showing. *See id.*; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, his COA motion is DENIED.

*[signature]*
EDWARD C. PRADO
UNITED STATES CIRCUIT JUDGE

A true copy
Attest: NOV 1 4 2008
Clerk

2